UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LLOYD PHILLIPS,<br><br>    Plaintiff,<br><br>        v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>    Defendants. | Case No. 17-03100 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 13.) On March 30, 2018, the Court dismissed Plaintiff's amended complaint with leave to file a third amended complaint within twenty-eight days. (Docket No. 17.) Plaintiff was advised that failure comply with the Court's order in the time provided would result in the dismissal of his action without prejudice and without further notice to Plaintiff. (Id.)

The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file a second amended complaint, this action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 5/8/2018                                  _____

EDWARD J. DAVILA
United States District Judge

P:\PRO-SE\EJD\CR.17\03100Phillips_dis-ac3.docx